UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

CHAO SEMINARS, INC. and
DR. JOHN CHAO,

                Plaintiffs,

      v.

DOWNTOWN DENTAL ARTS OF MONTCLAIR,
KONSTANTINOS TRICHAS, and
IVAN GEORGIEV,

              Defendants.

# Exhibit

# A

**to the**

**<u>COMPLAINT</u>**



# United States of America
## United States Patent and Trademark Office

# PINHOLE

**Reg. No. 3,807,882**
**Registered June 22, 2010**

CHAO, D.D.S., JOHN (UNITED STATES INDIVIDUAL)
100 SOUTH FIRST STREET
ALHAMBRA, CA 91801

**Int. Cl.: 44**

FOR: DENTAL SURGERY SERVICES FEATURING GUM RECONSTRUCTION SURGICAL TECHNIQUE, IN CLASS 44 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-622,505, FILED 11-26-2008.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office