UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

CHAO SEMINARS, INC. and
DR. JOHN CHAO,

                Plaintiffs,

     v.

DOWNTOWN DENTAL ARTS OF MONTCLAIR,
KONSTANTINOS TRICHAS, and
IVAN GEORGIEV,

                Defendants.

# Exhibit

# B

### to the

### COMPLAINT



PINHOLE SURGICAL TECHNIQUE - MONTCLAIR, NJ

# Protect Your Gums to Safeguard Your Teeth

Schedule Consultation







When the soft tissues surrounding your teeth recede, it can not only look unattractive, it can also lead to far greater concerns. There can be many causes of gum recession— aggressive brushing, aging, heredity, etc.—but the end results of unchecked gum recession are often the same: teeth that become sensitive to food and beverages and eventually weaken and *fall out*. Gums help protect your tooth roots from harmful bacteria. When that protective barrier disappears, the bacteria can take hold and cause decay in your teeth and ultimately the bone that's acting as their foundation. The **Pinhole® Surgical Technique** provides an innovative and gently solution to gum recession.

## A Minimally Invasive Treatment Alternative

Gum recession has in recent years been treated through gum grafting, which involves removing a small piece of gum tissue from one part of your mouth and suturing it over the recessed gum area. After your gums heal, they naturally begin to protect the roots of your teeth once again. Although yielding positive results, the drawback to gum grafting is not its success rate, but the mechanics of the procedure itself. Grafting is invasive by nature, requiring the use of scalpels and sutures to complete. In contrast, the **Pinhole Surgical Technique** only requires one tiny, pin-sized hole.





## ADVANTAGES OF THE PINHOLE SURGICAL TECHNIQUE

- Graft-, scalpel-, and suture-free treatment
- Minimally invasive solution
- Minimal pain, bleeding, and swelling
- Faster healing
- Immediate results
- Single surgical site
- A striking smile




Chao Pinhole Gum Rejuvenation – Chao Pinhole Surgical Technique





## Tissues

Using fine dental instruments, our team makes a small hole in your gums (the "Pinhole" in **Pinhole Surgical Technique**) and pulls the adjacent tissue over the recessed area to cover the exposed tooth roots. It's not necessary to remove any tissue, but simply to move the existing tissue. A highly accomplished and recognized dentist, our own Dr. Konstantine Trichas, and our periodontist, Dr. Sophia Chadda are exceptionally qualified to restore your gums and rejuvenate your smile. Ask for a consultation with our team in our Montclair, NJ office to learn more about the revolutionary **Pinhole Surgical Technique.**







# Seek revolutionary treatment for your gum recession now!

Schedule Consultation





## ADDRESS

31 S. Fullerton Ave.

Montclair, NJ 07042

## ABOUT US

Dr. Konstantine Trichas

Dr. Ivan Georgiev

## SERVICES

Smile Makeover

Full Arch Dental Implant

Invisalign®

LANAP®

Downtown Dental Arts of Montclair | © All Rights Reserved

