AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| CHAO SEMINARS, INC. and DR. JOHN CHAO <br> *Plaintiff* <br> v. <br> DOWNTOWN DENTAL ARTS OF MONTCLAIR, KONSTANTINOS TRICHAS, and IVAN GEORGIEV <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:20-cv-02567 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Downtown Dental Arts of Montclair
31 South Fullerton Avenue
Montclair, NJ  07042

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael J. Feigin, Esq.
Feigin & Fridman LLC
1037 Rt 46 E, Suite 107
Clifton, NJ  07013

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| CHAO SEMINARS, INC. and DR. JOHN CHAO <br> *Plaintiff* <br> v. <br> DOWNTOWN DENTAL ARTS OF MONTCLAIR, KONSTANTINOS TRICHAS, and IVAN GEORGIEV <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.  2:20-cv-02567 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Ivan Georgiev, DDS
31 South Fullerton Avenue
Montclair, NJ  07042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Feigin, Esq.
Feigin & Fridman LLC
1037 Rt 46 E, Suite 107
Clifton, NJ  07013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| CHAO SEMINARS, INC. and DR. JOHN CHAO <br> *Plaintiff* <br> v. <br> DOWNTOWN DENTAL ARTS OF MONTCLAIR, KONSTANTINOS TRICHAS, and IVAN GEORGIEV <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-02567 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Konstantinos Trichas, DDS
31 South Fullerton Avenue
Montclair, NJ  07042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Feigin, Esq.
Feigin & Fridman LLC
1037 Rt 46 E, Suite 107
Clifton, NJ  07013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*