**BRIAN M. BLOCK**
*Associate*

bblock@lawfirm.ms

**Mandelbaum Salsburg**

*attorneys at law*

New Jersey • New York • Florida

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

June 5, 2020

**VIA ECOURTS**
Honorable Mark Falk, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 09
Newark, NJ 07102

      Re:    *Chao Seminars, Inc. v. Downtown Dental Arts of Montclair et al.*
                Docket No.  20-cv-02567-WJM-MF

Dear Judge Falk:

      This firm was recently retained to represent defendants First Mountain Dental Group P.C. (improperly pled as Downtown Dental Arts of Montclair), Konstantinos Trichas, and Ivan Georgiev ("defendants") in this matter.

      We are pleased to report that defendants and plaintiffs have agreed to a settlement in principle.  Because the parties require time to reduce the settlement to a formal writing and file the appropriate dismissal with the Court, defendants respectfully request that the Court grant an additional two-week extension from the present June 9, 2020 deadline to answer or otherwise move, to June 23, 2020.  Plaintiffs consent to this extension.

      We thank the Court for its attention to this matter.

                                                Respectfully,

                                              BRIAN M. BLOCK